No. 53. Ex parte Picornell.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se*.

No. 270. Ex parte Alegría.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se*.

No. 299. Ex parte Rodríguez.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se*.

No. 183. Ex parte Marín.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 13, 1913. Bond approved. The petitioner appeared *pro se*.

No. 493. The People *v.* Rosado.—Appeal from the District Court of Ponce. Motion of *fiscal* to withdraw appeal. Decided January 13, 1913. Appeal dismissed on motion of *fiscal*. Mr. Charles E. Foote, fiscal, for The People. Respondent did not appear.

No. 492. The People *v.* Torres.—Appeal from the District Court of Ponce. Motion of *fiscal* to withdraw appeal. Decided January 13, 1913. Appeal dismissed on motion of *fiscal*. Mr. Charles E. Foote, fiscal, for The People. Respondent did not appear.